**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

        **v.**          **Criminal No. 05-50017-001**

**THOMAS ALAN HENRY**                                                   **DEFENDANT**

## ORDER MODIFYING CONDITIONS OF RELEASE

On the 7th day of November, 2005, the defendant appeared before the Court and entered a conditional plea of "guilty" to the charge of knowingly traveling in interstate commerce for the purpose of engaging in any illicit conduct, as that term is described in **18 U.S.C. §2246**, with another person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of **18 U.S.C. §2423(b)**.

Having denied defendant's Motion To Dismiss, and accepted his conditional plea of "guilty," the Court now modifies the Order Setting Conditions Of Release entered by the Magistrate Judge on June 13, 2005, as follows:

* Paragraph 3 is modified to read: "The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant will be notified of the time and place when he shall next appear."

* Paragraph 7(v) is modified to read: "Defendant may use

the internet only at the offices of, and under the direct supervision of, Pretrial Services, and may not use the internet to contact any person under the age of 18 years."

* Defendant will arrange to receive regular mental health care at his own expense until released from this obligation by the Court.

In all other respects, the Order Setting Conditions Of Release entered by the Magistrate Judge on June 13, 2005, remains in full force and effect.

**IT IS SO ORDERED.**

    **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**