**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

         **v.**         Criminal No. 05-50017-001

**THOMAS ALAN HENRY**                                            **DEFENDANT**

### O R D E R

Now on this 5th day of May, 2006, comes on for consideration defendant's **Motion To Dismiss** (document #18), and the Court, noting that defendant has entered a conditional plea of "guilty" to the charge of knowingly traveling in interstate commerce for the purpose of engaging in any illicit conduct, as that term is described in **18 U.S.C. §2246**, with another person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of **18 U.S.C. §2423(b)**, finds that the pending motion is moot, and same is hereby **denied.**

     **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE**